# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

WILLIAM LEE GRANT II
PLAINTIFF

v.

SPECIAL COLLECTION SERVICE,
OFFICE OF THE SECRETARY OF DEFENSE
&
MISSILE DEFENSE AGENCY
DEFENDANTS
+
STATE OF ILLINOIS
DEFENDANT

14TH AMENDMENT COMPLAINT

FEDERAL QUESTION - 28 USC 1331
WHAT ARE THE RAMIFICATIONS OF THE DOD KEEPING MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE?

*RES JUDICATA IS NOT APPLICABLE. THE U.S. DEPT OF JUSTICE HAS NOT FILED RESPONSES TO MR. GRANT'S ALLEGATIONS.

① THE DISTRICT HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1) AND 28 USC 1391(e)(1)(A).

② MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

③ THE U.S. DEPARTMENT OF JUSTICE (DOJ) WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3267, 19-CV-3001, AND 19-CV-3020 TO THE ILLINOIS CENTRAL DISTRICT FROM THE SEVENTH CIRCUIT OF ILLINOIS.

④ THE DOJ DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245, 17-CV-3267, AND 19-CV-3001.

(5) THE COMMANDER-IN-CHIEF (RONALD REAGAN) DIRECTED ~~THE OFFICE OF~~ THE SECRETARY OF DEFENSE TO CREATE MR. GRANT IN THE BASEMENT OF THE PENTAGON TO ~~[redacted]~~ PREDICT NUCLEAR MISSILE ATTACKS.

(6) THE OFFICE OF THE SECRETARY OF DEFENSE "DROPPED-OFF" MR. GRANT IN SPRINGFIELD, ILLINOIS WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE: BEATEN; ENDURE PSYCHOLOGICAL WARFARE; AND TO BE THE UNITED STATES DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

(7) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL MR. GRANT THROUGH THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE BY BRIBING MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO GREGORY K. HARRIS.

(8) IN 2002, WHEN MR. GRANT TURNED SEVENTEEN (17), MR. GRANT WAS FORCED TO STAB DR. GRANT, OR THE OFFICE OF THE SECRETARY OF DEFENSE WOULD HAVE SENT SOMEONE TO KILL DR. GRANT.

(9) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

(10) IN 2009, THE U.S. DEPARTMENT OF DEFENSE, ILLINOIS STATE POLICE, AND GREGORY K. HARRIS "SET-UP" MR. GRANT FOR A DRIVING UNDER THE INFLUENCE (DUI) CHARGE.

(2)

11. ILLINOIS STATE POLICE TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT, AND FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD.

12. ILLINOIS STATE POLICE TROOPER TYLER PRICE ISSUED MR. GRANT MULTIPLE DUI TICKETS STEMMING FROM ONE TRAFFIC STOP IN NOVEMBER OF 2009.

13. THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE (ILLINOIS) FILED MULTIPLE DUI CASES AGAINST MR. GRANT STEMMING FROM ONE TRAFFIC STOP IN NOVEMBER OF 2009.

14. THE TRAFFIC STOP WAS ENGINEERED TO "STRIP" MR. GRANT OF HIS DRIVER'S LICENSE.

15. MR. GRANT WAS SOBER.

16. GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYER.

17. MR. GRANT WAS FORCED TO SPEND MORE THAN SEVEN (7) YEARS "ACTING GAY," OR THE OFFICE OF THE SECRETARY OF DEFENSE WOULD SEND SOMEONE TO RAPE MR. GRANT.

18. MR. GRANT WAS FORCED TO ACT GAY FROM DECEMBER OF 2008 UNTIL 2016.

19. GREGORY K. HARRIS DIRECTED MR. GRANT'S ORTHODONTIST TO DRILL THE ENAMEL OFF MR. GRANT'S TEETH (1999-2000).

20. GREGORY K. HARRIS DIRECTED MR. GRANT'S OPTOMETRIST TO GIVE MR. GRANT AN INCORRECT CORRECTIVE LENSE PRESCRIPTION TO DIMINISH MR. GRANT'S VISION (1996).

(3)

21) MR. GRANT WAS HIRED BY THE STATE OF ILLINOIS IN 2011 TO GIVE THE ILLINOIS ATTORNEY GENERAL (IL AG) CAUSE TO APPEAR IN COURT.

22) THE IL AG DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245 AND 17-CV-3261.

23) MR. GRANT WAS HIRED BY THE ILLINOIS LIEUTENANT GOVERNOR'S OFFICE IN 2011 BY D.K. HIRNER.

24) D.K. HIRNER MADE AN AGREEMENT WITH THE U.S. DEPARTMENT OF DEFENSE IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

25) D.K. HIRNER HAD ONE CONDITION FOR HIRING MR. GRANT IN THE FUTURE. D.K. HIRNER AGREED ~~~~~~ IN 1992 TO HIRE MR. GRANT IN THE FUTURE, AS LONG AS MR. GRANT WAS NOT A CHILD MOLESTER.

26) IN 2012, ANN L. SCHNEIDER, SECRETARY OF THE ILLINOIS DEPARTMENT OF TRANSPORTATION, HIRED MR. GRANT AS A STAFF ASSISTANT WITH THE ILLINOIS ~~~~~~ DEPARTMENT OF TRANSPORTATION.

27) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE U.S. DEPARTMENT OF DEFENSE IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

28) MR. GRANT WAS RETALIATED AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

29) MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, WORK PRODUCTS BEING SABOTAGED, GEOGRAPHIC RELOCATION, BEING ASSIGNED JOB TASKS BELOW MR. GRANT'S PAY GRADE, AND A PROMOTION BEING RESCINDED.

30) IN 2014, MR. GRANT TRANSFERRED FROM THE ILLINOIS DEPARTMENT OF TRANSPORTATION TO THE ILLINOIS GOVERNOR'S OFFICE.

31) THE ILLINOIS GOVERNOR'S OFFICE FAILED TO ADD MR. GRANT TO PAYROLL AFTER NEARLY ONE MONTH OF DELAYS.

32) IN 2015, THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY WRONGFULLY DENIED MR. GRANT FEDERAL UNEMPLOYMENT BENEFITS.

33) IN 2015, MR. GRANT FOUND HIMSELF BLACKLISTED.

34) IN (WINTER) 2003, ALAN D. BRENTS AND LARISSA M. YOUNG SEXUALLY ASSAULTED MR. GRANT AT THE DIRECTION OF GREGORY K. HARRIS.

35) IN 2014, THOMAS W. COATS AND JUSTIN CAJINDOS SEXUALLY ASSAULTED MR. GRANT DURING CHICAGO PRIDE WEEKEND.

36) THESE ACTIONS GAVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

5

(37) GREGORY K. HARRIS RECRUITED (THEN ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY) RODGER A. HEATON TO ILLEGALLY SURVEIL MR. GRANT, CONSPIRE AGAINST MR. GRANT, AND TO CONDUCT ILLEGAL INTERVIEWS OF MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS.

(38) GREGORY K. HARRIS AND RODGER A. HEATON RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT, AND TO REPORT HIS WORDS AND ACTIONS TO GREGORY K. HARRIS AND RODGER A. HEATON.

(39) THE U.S. DEPARTMENT OF DEFENSE STOLE NEARLY THIRTY (30) YEARS OF MR. GRANT'S LIFE TO STATE AS FOLLOWS:

(40) DONALD RUMSFELD (SECRETARY OF DEFENSE IN 2001) GAVE A "STAND DOWN" ORDER ON 9/11 WITH THE CONSENT OF PRESIDENT BUSH AND VICE PRESIDENT CHENEY.

(41) VICE PRESIDENT CHENEY LOBBIED FOR THE INVASION OF IRAQ TO GENERATE PROFITS FOR HALLIBURTON.

(42) HILLARY RODHAM CLINTON KILLED VINCE FOSTER TO CONCEAL HER ROLE IN THE "WHITEWATER SCANDAL," AND TO PREVENT VINCE FOSTER FROM TESTIFYING BEFORE CONGRESS.

(43) PHILIP MOUNTBATTEN ORDERED THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5.

(44) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

(45) ILLINOIS GOVERNOR JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF HAROLD LEE WASHINGTON.

(6)

46) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

47) JAMES R. THOMPSON (ILLINOIS NORTHERN DISTRICT U.S. ATTORNEY) FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO WIN THE ILLINOIS GOVERNORSHIP AS A REPUBLICAN.

48) BILL CLINTON IS A SERIAL RAPIST.

49) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

50) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE. BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPARTMENT OF DEFENSE CONTRACTS.

51) LOUIS FARRAKHAN KILLED MALCOLM X.

52) COURTNEY LOVE KILLED KURT COBAIN.

53) MARION HUGH "SUGE" KNIGHT JR. KILLED CHRISTOPHER LATORE "BIGGIE SMALLS" WALLACE.

54) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT J. CHRISTOPHER STEVENS FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

(7)

Case 4:19-cv-00031-RRB   Document 1   Filed 09/12/19   Page 7 of 17

55) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR ~~CAMPAIGN CONTRIBUTIONS~~ FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY FOR HER INEVITABLE PRESIDENTIAL CAMPAIGN.

56) HILLARY RODHAM CLINTON RECEIVED THE CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTION.

57) ANITA ALVAREZ (COOK COUNTY STATE'S ATTORNEY-ILLINOIS) ENTERED INTO A CONSPIRACY TO ALLOW CHICAGO COPS TO SHOOT BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION.

58) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

59) THE CENTRAL INTELLIGENCE AGENCY (CIA) ORCHESTRATED THE ARAB SPRING.

60) THE CENTRAL INTELLIGENCE AGENCY (CIA) KILLED JOHN F. KENNEDY.

61) PRESCOTT BUSH GAVE THE ORDER TO KILL JFK TO ALLEN DULLES (FORMER CIA DIRECTOR).

62) LYNDON BAINES JOHNSON WAS COMPLICIT IN JFK'S MURDER.

```
[ PRESCOTT BUSH ]
       ↓
[ ALLEN DULLES ]
       ↓
[ LBJ ]
```



(8)

(63) JAMES R. THOMPSON CONCEALED THE MURDER OF BERNARD EPTON BY RICHARD M. DALEY.

(64) RICHARD M. DALEY HAD ASSISTANCE FROM ~~[redacted]~~ THE CHICAGO MOB IN KILLING HAROLD LEE WASHINGTON AND BERNARD EPTON.

(65) HENRY KISSINGER IS A WAR CRIMINAL FOR CONDONING AND ORDERING HUMAN RIGHTS VIOLATIONS AND WAR CRIMES IN VIETNAM, CAMBODIA, CHILE, AND ARGENTINA.

(66) THE CIA TRIANGULATED AGAINST THE U.S. DEPARTMENT OF DEFENSE TO USE THE U.S. DEPARTMENT OF DEFENSE TO ACHIEVE THE CIA'S MANDATE TO ~~[redacted]~~ CONTAIN THE SPREAD OF COMMUNISM IN SOUTHEAST ASIA.

(67) NEW JERSEY GOVERNOR CHRIS CHRISTIE IS COMPLICIT IN "BRIDGEGATE (FORT LEE LANE CLOSURE)."

(68) THE U.S. DEPARTMENT OF DEFENSE KEPT MR. GRANT IN ILLINOIS FOR "TWENTY-SEVEN (27) ~~[redacted]~~ YEARS UNDER THREAT OF MILITARY FORCE.

(69) DONALD J. TRUMP IS GUILTY OF MONEY LAUNDERING.

(70) THE ILND, ILSD, ILCD, CDCA, EDTX, NDTX, WDTX, MARYLAND, NDGA, FLMD, NEBRASKA, EDNY, WDVA, NDWV, NORTHERN MARIANA ISLANDS, C.F.C., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

(9)

(71) OPERATION: HOMETOWN GLORY IS A ~~[redacted]~~ (SPECIAL COLLECTION SERVICE) U.S. DEPARTMENT OF DEFENSE ~~[redacted]~~ HUMAN INTELLIGENCE DOMESTIC BLACK OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

(87) ~~[redacted paragraph]~~

(72) COMMANDER-IN-CHIEF AND THE ~~[redacted]~~ THE SECRETARY OF DEFENSE HAVE COMMAND AUTHORITY OF THE U.S. DEPARTMENT OF DEFENSE.

(73) THE OFFICE OF THE SECRETARY OF DEFENSE USED JOINT SPECIAL OPERATIONS COMMAND (JSOC) TO ENGINEER MR. GRANT'S LIFE TO GIVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

~~[redacted paragraph]~~

(75) ~~[redacted]~~ THE SECRETARY OF DEFENSE KEPT MR. GRANT IN SPRINGFIELD, IL UNDER MILITARY THREAT.

(77) ~~[redacted]~~ VENUE IS PROPER PURSUANT TO: 28 USC 1346(b)(1) AND 28 USC 1391(e)(1)(A).

~~[redacted]~~

(78) MR. GRANT SEEKS $99 TRILLION IN DAMAGES.

(79) MR. GRANT'S WITNESSES

MICHAEL J. MADIGAN
JESSE WHITE
EMIL JONES
PATRICIA DAWSON
BARACK H. OBAMA

(80) SHAWN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

(81) THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER HAS A LARGE PENIS.

(82) THE JOINT CHIEFS OF STAFF SAID, "J. LIGHTFOOT IS A REAL C*NT."

(83) STEVE JOBS HAS A LARGE PENIS. STEVE JOBS HAS AN ASHTON KUTCHER SIZED PENIS.

(84) WHEN YOU SEE SALLY RIDE, IT STANDS FOR "RIDE, MISTRESS, RIDE." D.K. HIRNER IS THE MISTRESS.

(85) E. HOWARD HUNT'S 2003 CONFESSION IS VALID. E. HOWARD HUNT'S BODY WAS FAILING, BUT HIS BODY WAS SOUND.

(86) MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327) AND PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

(88) EASTERN DISTRICT OF VIRGINIA JUDGES: ROBERT E. PAYNE (18-CV-369); LIAM O'GRADY (18-CV-1328); LEONIE M. BRINKEMA (18-CV-449); AND ANTHONY J. TRENGA (18-CV-543) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

(17) [signature] 8/1/2019
WILLIAM LEE GRANT II
901 WYTHE ROAD
SPRINGFIELD, IL 62702
(217) 726-5269

~~(B) OPERATION: HOMETOWN GLORY IS~~

87) OPERATION: HOMETOWN GLORY IS A SPECIAL COLLECTION SERVICE (U.S. DEPARTMENT OF DEFENSE) HUMAN INTELLIGENCE DOMESTIC BLACK OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

88) THE SPECIAL COLLECTION SERVICE IS A "JOINT" CENTRAL INTELLIGENCE AGENCY AND NATIONAL SECURITY AGENCY PROGRAM.

89) THE COMMANDER-IN-CHIEF AND THE SECRETARY OF DEFENSE HAVE COMMAND AUTHORITY OF THE U.S. DEPARTMENT OF DEFENSE, ~~[redacted]~~ NATIONAL SECURITY AGENCY, AND SPECIAL COLLECTION SERVICE.

90) THE COMMANDER-IN-CHIEF ~~[redacted]~~ HAS COMMAND AUTHORITY OF THE ~~[redacted]~~ CENTRAL INTELLIGENCE AGENCY.

91) THE COMMANDER-IN-CHIEF IS LIABLE FOR THE ACTIONS OF THE U.S. DEPARTMENT OF DEFENSE AND THE SPECIAL COLLECTION SERVICE.

92) THE U.S. DEPARTMENT OF DEFENSE HAS DESIGNATED OPERATION: HOMETOWN GLORY AS A SPECIAL COLLECTION SERVICE PROGRAM.

93) THE CIA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

94) THE DoD REMEMBERS 'NAM.

12

95) THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER DOES NOT.

96) STEVE JOBS HAS A LARGE PENIS. STEVE JOBS HAS AN ASHTON KUTCHER SIZE PENIS.

97) BILL CLINTON FIRED FEDERAL BUREAU OF INVESTIGATION DIRECTOR WILLIAM S. SESSIONS TO CONCEAL THE MURDER OF VINCE FOSTER.

98) ~~THE NATIONAL SECURITY AGENCY IS LOCATED IN COLORADO SPRINGS, COLORADO + MARYLAND ALONG WITH THE SPECIAL COLLECTION SERVICE.~~

*[signature]* 8/22/2019

99) EIGHTEEN (18) DISTRICT COURTS HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE:

28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii);
OR
28 USC 1915(e)(2)(B)(iii).

100) THE NSA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

101) THE OFFICE OF THE SECRETARY OF DEFENSE KEPT MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE.

102) ~~THE OFFICE OF THE SECRETARY OF DEFENSE HAS COMMAND AUTHORITY OF THE U.S. CONTINENTAL MILITARY THROUGH THE U.S. NORTHERN COMMAND TO KEEP MR. GRANT IN ILLINOIS UNDER FORCE.~~

13

102) THE FUNDS TO CREATE MR. GRANT CAME FROM THE STRATEGIC DEFENSE INITIATIVE (MISSILE DEFENSE AGENCY).

103) ~~THE MISSILE DEFENSE AGENCY IS LOCATED IN COLORADO SPRINGS, COLORADO, FORT GREELY, ALASKA.~~

104) THE OFFICE OF THE SECRETARY OF DEFENSE HAS COMMAND AUTHORITY OF THE MISSILE DEFENSE AGENCY.

105) ~~THE NATIONAL SECURITY AGENCY (NSA) IS LOCATED IN ANCHORAGE, ALASKA.~~

106) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434); JAMES E. BOASBERG (18-CV-1162); RUDOLPH E. CONTRERAS (18-CV-1805 & 18-CV-1806); AND CHRISTOPHER R. COOPER (18-CV-1804) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

107) EDVA JUDGES: ANTHONY J. TRENGA (18-CV-543); LEONIE M. BRINKEMA (18-CV-449); ROBERT E. PAYNE (18-CV-369); AND LIAM O'GRADY (18-CV-1328) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

14

(108) ILSD JUDGES: MICHAEL J. REAGAN (17-CV-7257); NANCY J. ROSENSTENGEL (18-CV-806); AND STACI M. YANDLE (19-CV-332) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

(109) ~~FLMD JUDGES~~ ILND JUDGE VIRGINIA M. KENDALL (17-CV-7902) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

(110) EXHIBITS IN SUPPORT OF MR. GRANT'S ALLEGATIONS ARE INCLUDED IN 16-CV-3245, 17-CV-3267, AND 19-CV-3001.

(103) THE ILLINOIS ATTORNEY GENERAL FAILED TO DENY MR. GRANT'S ALLEGATIONS IN THE ILLINOIS COURT OF CLAIMS (18CC1057 + 18CC0946).

(105) THE ILLINOIS ATTORNEY GENERAL FAILED TO DENY MR. GRANT'S ALLEGATIONS IN THE SEVENTH CIRCUIT OF ILLINOIS (17-MR-754).

(106) THE MISSILE DEFENSE AGENCY IS LOCATED IN FORT GREELY, ALASKA.

(107) THE NATIONAL SECURITY AGENCY IS LOCATED IN ANCHORAGE, ALASKA.

William [signature] 9/5/2019

William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

(15)



A handwritten list of names oriented in multiple directions on the page:

GWENDOLINE CHRISTIE  THE REAL HOUSEWIVES OF POTOMAC  VICKI GUNVALSON
RED HOT CHILI PEPPERS  TAYLOR SWIFT  LAURA INNES  ANNA WINTOUR
CORINNE BAILEY RAE  JAMIE DIMON  MAGGIE SMITH  JULIANA MARGULIES
ADAM SANDLER  FARAH FATH  KIM CATTRALL  RAMONA SINGER  BRENDAN DOOLING
JASON STATHAM

LADY ANTEBELLUM
DANITY KANE  REMY MA  FAT JOE
EVANESCENCE  OUTKAST  JANELLE MONÁE  DJ KHALED  GOO GOO DOLLS  KYLIE MINOGUE
LIMP BIZKIT  LADY GAGA  EVE  THE NICE KIDS  MARY J. BLIGE  LUPE FIASCO
MACKLEMORE  JEWEL  THE BAND PERRY  DIXIE CHICKS  BLOODHOUND GANG
ONE REPUBLIC  CLEAN BANDIT  BRUNO MARS  THE KILLERS
SPECIAL THANK-YOU !  MARIAH CAREY  CHARLI XCX  B.O.B  THE CHAINSMOKERS
  SHERYL CROW  KATY PERRY  THE OFFSPRING
JAY-Z  NICKI MINAJ  MICHAEL J MADIGAN  PENTATONIX  THE NEW RADICALS
MADONNA  ARIANA GRANDE  IMAGINE DRAGONS  3LW
BEYONCÉ  T.I.  JESSE WHITE  MAROON 5
ADELE  IGGY AZALEA  EMIL JONES  VANESSA CARLTON  FERGIE
RIHANNA  RITA ORA  PATRICIA DAWSON  REGINA SPEKTOR
KANYE WEST  JUSTIN BIEBER  BARACK H. OBAMA  JILL SCOTT
  USHER  JANET JACKSON  MACY GRAY
SARAH MCLACHLAN  AKON  STING  CHUMBAWAMBA  @RICKY MARTIN  ELIJAH BADU
ALANIS MORISSETTE  PUSSYCAT DOLLS  NO DOUBT  98°  G-EAZY
BLINK-182  NAS  SPICE GIRLS  INCUBUS  WICKED ROCK
FALL OUT BOY  DESTINY'S CHILD  HOOBASTANK  CRAZY TOWN
BRITNEY SPEARS  DAVID GUETTA  @MATTHEW SMYTH  LINKIN PARK  ROBBIE WILLIAMS
CHRISTINA AGUILERA  SIA  SAM SMITH  SAVAGE GARDEN
NSYNC  PARAMORE  KELLY CLARKSON  LIZ ROUX  FOO FIGHTERS
BACKSTREET BOYS  JENNIFER LOPEZ  BOSS STONE  #TONI BRAXTON
MISSY ELLIOTT  JENNIFER HUDSON  JAMES BLUNT  PANIC!@THE DISCO
TIMBALAND  CARRIE UNDERWOOD  LAURYN HILL  FLORENCE + MACHINE
LUDACRIS  BLAKE SHELTON  BLACK EYED PEAS  THIRD EYE BLIND
PHARRELL  MIRANDA LAMBERT  TLC  KELLY ROWLAND
SHANIA TWAIN  NE-YO
FAITH HILL  JESSE MCCARTNEY  LUDACRIS
MARTINA MCBRIDE  NICKELBACK  DRAKE  CÉLINE DION  GOULDING  DR DRE  EMINEM  PITBULL  COMMON
CARDI B  THE WEEKND  CHANCE THE RAPPER  PINK  LIL JON  MEGHAN TRAINOR
JESSICA SIMPSON  MATCHBOX TWENTY  JIMMY EAT WORLD  MANDY MOORE  RICKY MARTIN  AVRIL LAVIGNE
ONE DIRECTION  GREEN DAY  COLDPLAY  HANSON  BONIVER  ASHANTI